# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01174-BNB

TIMOTHY S. TUTTAMORE,

    Plaintiff,

v.

B.O.P. DIRECTOR LAPPIN, Official Capacity,
REGIONAL DIRECTOR NALLEY, Official and Individual Capacity,
SIS SMITH, Individual Capacity,
MRS. LA RIVIA Individual Capacity,
DHO RAMIREZ, Individual Capacity, and
UNKNOWN SIS OFFICIAL, Official Individual Capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion (Doc. No. 34), filed on September 2, 2010, requesting leave to file a verified second and final amended complaint is DENIED as moot. Plaintiff filed his second and final amended complaint (Doc. No. 35) on September 2, 2010.

Dated: September 3, 2010