IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01174-ZLW

TIMOTHY S. TUTTAMORE,

        Plaintiff,

v.

BOP DIRECTOR LAPPIN (official capacity),
REGIONAL DIRECTOR NALLEY (official and individual capacity),
WARDEN BLAKE DAVIS, (official and individual capacity),
SIS SMITH (individual capacity),
DHO RAMIREZ (individual capacity),
MRS. LARIVIA (individual capacity),
MRS. RANGEL (individual capacity),
MR. RICHARD MADISON (individual capacity),
UNKNOWN SIS OFFICIAL (individual capacity), and
UNKNOWN ADX CHAPL[A]IN'S DEPT. SUPERVISOR,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on November 19, 2010. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
    __X__   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    __X__   is not submitted
    __  __   is missing affidavit
    __  __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

1

    __ is missing required financial information
    __ is missing an original signature by the prisoner
    __ is not on proper form (must use the court's current form)
    __ other_____

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

    DATED at Denver, Colorado this 1st day of December, 2010.

    BY THE COURT:

    *Zita Leeson Weinshienk*

    SENIOR JUDGE, UNITED STATES DISTRICT
    COURT FOR THE DISTRICT OF COLORADO